IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

# **[PROPOSED] ORDER RE: APPOINTMENT OF PLAINTIFFS' LEAD COUNSEL**

The Court hereby appoints Cohen Milstein Sellers & Toll PLLC as Interim Lead Counsel for Plaintiffs in the above-captioned matter.

SO ORDERED.

This _____ day of _____, 2018.

BY THE COURT:

_____
The Honorable Donetta W. Ambrose
United States District Judge