IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This document relates to:<br>All actions | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**JOINT PROPOSED AGENDA FOR STATUS CONFERENCE OF NOVEMBER 27, 2018**

Pursuant to the Court's Order of October 30, 2018, the parties will be prepared to address at the November 27, 2018 status conference each of the following issues raised by the Court:

1. Service on all parties of summons and complaints, including the timing of a consolidated amended complaint;

2. Confidentiality and entry of a protective order governing the same;

3. Preservation of evidence;

4. Selection of lead and liaison counsel;

5. A proposed case management order;

6. Scheduling of the Rule 16 conference; and

7. The timing and scope of any appointment of a special master to address pretrial discovery and ESI issues, including plaintiffs' request for the production of any existing government productions, which defendants oppose.

Dated:  November 19, 2018

//

//

Respectfully submitted,

*/s/ Thomas L. Allen*
Thomas L. Allen (PA Bar No. 33243)
Ginevra Ventre (PA Bar No. 316897)
REED SMITH LLP
Reed Smith Centre
225 Pittsburgh, PA 15222
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
tallen@reedsmith.com
gventre@reedsmith.com

*Counsel for BASF Corporation, and for purposes of this Joint Proposed Agenda, on behalf of Plaintiffs and other served Defendants before this Court*