# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re Diisocyanates Antitrust Litigation )
)
)
) Master Docket No. 18-1001
) No. MDL No. 2862
)
)
)
Defendant. )

**TYPE OF CONFERENCE/HEARING:** Initial Conference

Before Judge Ambrose

See attached

Appear for Plaintiff | Appear for Defendant

Hearing begun: 11/27/18 @ 9:52 am   Stenographer: Barb Leo

Hearing concluded: 11/27/18 @ 12:17 pm   Clerk: Sherry Halfhill / Carolyn Allen
Anne Kurzweg / Susan Schupansky

Discussed case management order disputes.
Discussed applications for lead and liaison counsel.

# PLAINTIFF SIGN-IN

Place a checkmark (✓) next to your name once you have arrived. If your name is not on the list, please add it.

| PLAINTIFF | COUNSEL | | |
|---|---|---|---|
| Utah Foam Products, Inc. | David Spear ✓<br>Elana Katcher ✓<br>Robert Kaplan ✓ | Megan Jones ✓<br>~~Melinda Coolidge~~ | ~~Brent Landau~~<br>~~Michael Hausfeld~~ |
| C.U.E., Inc. | ~~Andrew Finkelstein~~ | Jason Hartley [signature] | ~~Peter Pearlman~~ |
| Rhino Linings Corporation | ~~Jason Louis Lichtman~~<br>Lin ~~Chan~~ | Jason Hartley [signature] | ~~Dean Harvey~~ |
| Tri-iso Tryline, LLC | ~~Steven Williams~~<br>Joseph Sauer[?] | | |
| Isaac Industries, Inc. | Anthony Shapiro ✓<br>~~Melvin Hollowell~~<br>~~Steve Berman~~<br>Gary Lynch ✓ | ~~E. Powell Miller~~<br>Ronnie Spiegel ✓<br>Edwin Kilpela ✓<br>~~Kevin Love~~ | ~~Jason Zweig~~<br>~~Sharon Almonrode~~ |
| Elliott Company of Indianapolis, Inc. | ~~Brian Barnes~~<br>~~Harold Reeves~~<br>Bernard Marcus<br>Moira Cain-Mannix | ~~Charles Cooper~~<br>~~Michael Kirk~~<br>Brian Hill | Elana Katcher ✓<br>Robert Kaplan ✓<br>~~Erin Allen~~ |
| Finishing Solutions LLC | Chris Hellums ✓<br>Jonathan Mann ✓<br>William Pietragallo ✓ | ~~J. Elliott Walthall~~<br>~~Dasha Gorlov~~ | ~~James Barger~~<br>~~Peter Wolff~~ |
| Emma Chemicals Co., Inc. | ~~Bart Cohen~~ | Linda Naussbaum ✓ | |
| NPC Coating, Inc. | ~~Andrew Finkelstein~~ | Rick Paul [signature] | |
| Bryn Hill Industries, Inc. | Ari Ruben ✓<br>Beatrice Franklin ✓ | William Carmody ✓<br>~~Seth Ard~~ | ~~Arun Subramanian~~ |
| Era Polymers Proprietary Limited | Edwin Kilpela ✓<br>Jessica Weiner<br>Patrick Cafferty<br>Courtney Elgart | ~~Ellen Meriwether~~<br>~~Laura Alexander~~<br>~~Richard Koffman~~ | Gary Lynch ✓<br>Michael Boni<br>Sharon Robertson ✓ |
| Unicast, Inc. | ~~Joshua Grabar~~ | ~~Marc Edelson~~ | |

# DEFENDANT SIGN-IN

Place a checkmark (✓) next to your name once you have arrived. If your name is not on the list, please add it.

| DEFENDANT | COUNSEL | | |
|---|---|---|---|
| BASF SE | | | |
| BASF Corp. | Andrew Marovitz ✓<br>Richard Spehr | ~~Britt Miller~~<br>Thomas Allen ✓ | ~~Richard Nowak~~<br>Ginevra Ventre ✓ |
| Bayer A.G. | | | |
| Bayer Corp. | ~~Albert Bixler~~<br>~~Leslie Hayes~~ | ~~Andrew Marovitz~~<br>~~Gary McConnell~~ | John Terzaken ✓ |
| Bayer Materialscience LLC | | | |
| Convestro A.G. | | | |
| Convestro LLC | ~~Albert Bixler~~<br>~~Leslie Hayes~~ | ~~Andrew Marovitz~~<br>~~Gary McConnell~~ | John Terzaken ✓<br>John Unice ✓ |
| DowDupont Inc. | ~~Aidan Synnott~~<br>✓ David Bernick<br>~~William McEnroe~~ | ~~Andrew Marovitz~~<br>~~Evan Moltz~~<br>~~Ryan Streit~~ | ~~Carl Burkhalter~~<br>✓ Wendy West Feinstein<br>~~Shaina Rogozen~~ |
| Dow Chemical Company | ✓ Wendy West Feinstein<br>✓ David BERNICK | ~~Carl Burkhalter~~ | ~~Evan Moltz~~ |
| Huntsman Corp. | ✓ John Schmidtlein | ~~Zachary Warren~~ | ✓ James Miller |
| Huntsman International LLC | ~~Andrew Marovitz~~<br>✓ James Miller | ✓ John Schmidtelein | ~~Zachary Warran~~ |
| Huntsman LLC. | | | |
| MCNS aka MITSUI CHEMICALS aka SKC POLYURETHANES, Inc. | | | |
| MCNS Polyurethanes USA Inc. | ~~Allen Kim~~<br>Matthew Pilsner | ~~Robert Welsh,~~ Jr.<br>Samuel Braver ✓ | Ryan Sandrock ✓ |
| Mitsui Chemicals, Inc. | | | |
| Mitsui Chemicals America, Inc. | ~~David Brownstein~~<br>~~William Farmer~~ | David Goldstein ✓ | James Backsrom ✓ |

| DEFENDANT (page 2) | COUNSEL |
|---|---|
| Mitsui Chemicals & SKC Polyurethanes, Inc. | |
| Wanhua Chemical Group Co. LTD | |
| Wanhua Chemical America Co. LTD | Alden Atkins   ~~Andrew Marovitz~~   Craig Seebald<br>Charles Wesley |
| Wanhua Chemical US Holding, Inc. | |