IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: DIISOCYANATES ANTITRUST LITIGATION | ) ) ) ) ) ) | Master Docket Misc. No. 18-1001 MDL No. 2862 |
|---|---|---|
| This Document Relates to: All Cases | | |

AMBROSE, United States Senior District Judge

## **MEMORANDUM ORDER**

Pending before the court is Plaintiffs' Motion for Production of Documents Previously Produced to Department of Justice. (ECF No. 138). Briefing by all parties is complete, and the issue is now ripe for review. Upon review of the same and after careful consideration, Plaintiffs' Motion (ECF No. 138) is granted for the following reasons: 1) the documents requested are relevant and limited to documents already produced to government agencies; 2) the cost of production and the burden of producing the records should be minimal due to the previous production; and 3) efficiency and economy is best served by production at this time.

THEREFORE, this 15th day of January, 2019, it is ordered that Defendants shall produce to Plaintiffs by Tuesday, January 22, 2019, any documents that they previously produced to the Antitrust Division of the Department of Justice, or any other governmental agency, pursuant to any investigation into price-fixing in the diisocynates market, along with any subpoena issued by the government agency and any agreement or other document that limited the scope of such subpoena. Plaintiffs agree that any documents produced shall only be reviewed by attorneys and the information shall remain confidential pursuant to a protective order agreed to by the parties until otherwise ordered by the court.

BY THE COURT:

*Donetta F. Ambrose*
Donetta W. Ambrose
United States Senior District Judge