**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**DEFENDANTS' JOINT MOTION TO DISMISS THE CORRECTED CONSOLIDATED
AMENDED CLASS-ACTION COMPLAINT PURSUANT TO RULE 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Defendants BASF Corporation, BASF SE, Bayer A.G., Bayer Corporation, Covestro A.G., Covestro LLC, The Dow Chemical Company, Huntsman Corporation, Huntsman International LLC, MCNS Polyurethanes USA, Inc., Mitsui Chemicals America, Inc., Mitsui Chemicals Inc., Mitsui Chemicals & SKC Polyurethanes, Inc., Wanhua Chemical (America) Co., Ltd., and Wanhua Chemical Group Co., Ltd., by and through their undersigned counsel, hereby move to dismiss the Corrected Consolidated Amended Class-Action Complaint for failure to state a claim. A proposed Order is attached.

Dated: November 12, 2019

| | |
|---|---|
| /s/ Andrew S. Marovitz | /s/ John F. Terzaken |
| Andrew S. Marovitz [IL 6201574]<br>Britt M. Miller [IL 6256398]<br>Richard E. Nowak [IL 6302664]<br>MAYER BROWN<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>amarovitz@mayerbrown.com<br>bmiller@mayerbrown.com<br>rnowak@mayerbrown.com | John F. Terzaken [DC 474015]<br>Abram J. Ellis [NY 4402962]<br>Jonathan R. Myers [NY 5428222]<br>SIMPSON THACHER & BARTLETT<br>900 G Street, N.W.<br>Washington, DC 20001<br>Telephone: (202) 636-5500<br>Facsimile: (202) 636-5502<br>john.terzaken@stblaw.com<br>AEllis@stblaw.com<br>jonathan.myers@stblaw.com |
| Thomas L. Allen [PA 33243]<br>Ginevra Ventre [PA 316897]<br>REED SMITH<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063 | *Attorneys for Bayer Corporation and Covestro LLC*<br><br>*Attorneys for Bayer A.G. and Covestro A.G. specially appearing to preserve its jurisdictional defenses* |
| *Attorneys for BASF Corporation*<br><br>*Attorneys for BASF SE specially appearing to preserve its jurisdictional defenses* | |
| /s/ David M. Bernick | /s/ John E. Schmidtlein |
| David M. Bernick [NY 4443396]<br>Aidan Synnott [NY 2281509]<br>Ryan Blake Streit [NY 5480140]<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>dbernick@paulweiss.com<br>asynnott@paulweiss.com<br>rstreit@paulweiss.com | John E. Schmidtlein [DC 441261]<br>Mark S. Levinstein [DC 369613]<br>Zachary K. Warren [DC 1015292]<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5901<br>Facsimile: (202) 434-5029<br>jschmidtlein@wc.com<br>mlevinstein@wc.com<br>zwarren@wc.com |
| Wendy West Feinstein [PA 86698]<br>MORGAN, LEWIS & BOCKIUS LLP | James R. Miller [PA 16190]<br>DICKIE, MCCAMEY & CHILCOTE<br>Two PPG Place, Suite 400 |

| | |
|---|---|
| One Oxford Centre, 32nd Floor<br>Pittsburgh, PA 15219-6401<br>Telephone: (412) 560-7455<br>Facsimile: (412) 560-7001<br><br>*Attorneys for The Dow Chemical Company* | Pittsburgh, PA 15222-5402<br>Telephone: (412) 281-7272<br>jmiller@dmclaw.com<br><br>*Attorneys for Huntsman International LLC<br>and Huntsman Corporation* |
| */s/ Allen C. Kim* | */s/ William S. Farmer* |
| Allen C. Kim [CA 155502]<br>SIDLEY AUSTIN 555 West Fifth Street,<br>Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6105<br>Facsimile: (213) 896-6600<br>akim@sidley.com<br><br>*/s/ Ryan M. Sandrock*<br>Ryan M. Sandrock [CA 251781]<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>rsandrock@sidley.com<br><br>Samuel W. Braver [PA 19682]<br>Matthew C. Pilsner [PA 314606]<br>BUCHANAN INGERSOLL & ROONEY PC<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219<br>Telephone: (412) 562-8800<br>Facsimile: (412) 562-1041<br>samuel.braver@bipc.com<br>matthew.pilsner@bipc.com<br><br>*Attorneys for MCNS Polyurethanes USA Inc.*<br><br>*Attorneys for Mitsui Chemicals & SKC<br>Polyurethanes, Inc. specially appearing to<br>preserve its jurisdictional defenses* | William S. Farmer [CA 46694]<br>David C. Brownstein [CA 141929]<br>David M. Goldstein [CA 142334]<br>FARMER BROWNSTEIN JAEGER &<br>GOLDSTEIN LLP<br>235 Montgomery Street, Suite 835<br>San Francisco, CA 94104<br>Telephone: (415) 962-2877<br>wfarmer@fbj-law.com<br>dbrownstein@fbj-law.com<br>dgoldstein@fbj-law.com<br><br>James A. Backstrom [PA 24523]<br>JAMES A. BACKSTROM, COUNSELLOR<br>AT LAW<br>1515 Market Street<br>Suite 1200<br>Philadelphia, PA 19102-1932<br>Tel: (215) 864-7797<br>jabber@backstromlaw.com<br><br>*Attorneys for Mitsui Chemicals America, Inc.*<br><br>*Attorneys for Mitsui Chemicals, Inc. specially<br>appearing to preserve its jurisdictional<br>defenses* |
| */s/ Alden L. Atkins*<br>Alden L. Atkins [DC 393922]<br>Craig P. Seebald [DC 438968]<br>Charles L. Wesley [DC 252709] | |

| | |
|---|---|
| VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue, N.W., Suite 500 West<br>Washington, DC 20037<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604<br>aatkins@velaw.com<br>cseebald@velaw.com<br>lwesley@velaw.com<br><br>*Attorneys for Wanhua Chemical (America) Co., Ltd.*<br><br>*Attorneys for Wanhua Chemical Group Co., Ltd. specially appearing to preserve its jurisdictional defenses* | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 12, 2019, I caused a copy of the foregoing to be filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ John E. Schmidtlein*
John E. Schmidtlein