IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DIISOCYANATES                      )          Master Docket Misc. No. 18-1001
ANTITRUST LITIGATION                      )
                                          )          MDL No. 2862
This Document Relates to:                 )
All Cases                                 )

AMBROSE, United States Senior District Judge

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Defendants' Motion for Relief from Plaintiffs Failure to Obey this Court's September 4, 2020 Order.  (ECF No. 396).  The parties filed the related documents in connection therewith.  (ECF Nos. 398, 404, 405, 406, 414 and 422). Based upon Defendants' representations at this point, they "seek no additional relief on the Motion and withdraw it without prejudice, [and] without the need for further action at this time."  (ECF No. 422, p. 8).  The Court is satisfied with this result and will permit the same.

THEREFORE, this 23rd day of November, 2020, it is ordered that Defendants' Motion (ECF No. 396) is withdrawn without prejudice.


                              BY THE COURT:



                              _____
                              Donetta W. Ambrose
                              Senior Judge, U.S. District Court