IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DIISOCYANATES
ANTITRUST LITIGATION

This document relates to:
All actions

_____

Master Docket Misc. No. 18-1001

MDL No. 2862

ORDER TO
MOTION FOR WITHDRAWAL OF APPEARANCE
AND SUBSTITUTION OF COUNSEL

Upon the Motion by Defendants Huntsman Corporation and Huntsman International, LLC, in the above-captioned matter, IT IS HEREBY ORDERED that the Motion to Withdraw James R. Miller, Esquire, as counsel for Huntsman Corporation and Huntsman International, LLC, is GRANTED, and James R. Miller's appearance is WITHDRAWN and the appearance of MICHAEL J. SWEENEY is SUBSTITUTED as of the date of this Order.

The Clerk is directed to remove James R. Miller from the CM/ECF service list and substitute Michael J. Sweeney for this action.

Date: __2/22/21_____

_____
Honorable Donetta W. Ambrose
United States Senior District Judge