## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MORGAN A. KELLEY

Morgan A. Kelley, undersigned counsel for Defendant Wanhua Chemical (America) Co., Ltd., hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Wanhua Chemical (America) Co., Ltd. pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Morgan A. Kelley filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: April 23, 2021

Respectfully submitted,

*/s/ Morgan A. Kelley*
Morgan A. Kelley (DC Bar No. 1617261)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC  20037
Telephone: (202) 639-6687
Facsimile: (202) 879-8837
mkelley@velaw.com

*Counsel for Wanhua Chemical (America) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                                            */s/ Morgan A. Kelley*
                                             Morgan A. Kelley