## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIISOCYANATES ANTITRUST LITIGATION<br><br>*This document relates to: All Actions* | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862<br><br>Honorable Donetta W. Ambrose |

### MOTION TO WITHDRAW APPEARANCE OF JONATHAN R. MYERS

Defendant Covestro LLC, by and through undersigned counsel, requests an order withdrawing the appearance of Jonathan R. Myers because he is leaving his position at Simpson Thacher & Bartlett LLP.  Covestro LLC will continue to be represented by John Terzaken and Abram Ellis of Simpson Thacher & Bartlett LLP, 900 G Street NW, Washington, D.C. 20001.

Dated: July 30, 2021

Respectfully submitted,

*/s/ Jonathan R. Myers*
Jonathan R. Myers [NY 5428222]
SIMPSON THACHER & BARTLETT
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
jonathan.myers@stblaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


By: */s/ Jonathan Myers*