IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIISOCYANATES ANTITRUST LITIGATION<br><br>*This document relates to: All Actions* | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862<br><br>Honorable Donetta W. Ambrose |

**[PROPOSED] ORDER**

On this _____ day of _____, 2021, upon consideration of the Motion to Withdraw Appearance of Jonathan R. Myers ("Motion"), it is hereby ordered that the Motion is granted and Jonathan R. Myers is withdrawn as attorney for Covestro LLC in this matter.

IT IS SO ORDERED

_____
The Honorable Donetta W. Ambrose