# Exhibit D



Hon. James C. Francis IV (Ret.)
JAMS
620 Eighth Avenue, 34th Floor
New York, NY 10018

TEL: (212) 751-2700                    EMAIL: JFrancis@jamsadr.com

July 12, 2021

In re: Diisocyanates Antitrust Litigation

Dear Counsel:

Thank you for arranging the expert conference last Friday. I found it extremely helpful. As discussed at the conclusion of the conference, I would like to take this opportunity to lay out a proposal that could shape the parties' discussions with the goal of achieving an agreed resolution to the outstanding issues. The proposal is necessarily general, both because I am not qualified to dictate technical specifications and because I want to leave the parties flexibility to negotiate the details.

I will lay out the proposal first and then provide some of the rationale for my approach.

Proposal

A. "Stopping" Point. (This is perhaps more accurately characterized as a "pause" point, since the parties appear to acknowledge that further iterations may be conducted based on analysis conducted when the search is paused.)

1. The defendants are permitted to pause at any point in the search, based on whatever criteria they choose. Accordingly, if they wish to do so based

1

on the relation between a prevalence statistic calculated at the outset and the number of relevant documents found, that is their prerogative.

      2. At the point that a defendant pauses its search, it shall record by Bates number all relevant documents obtained from the last two batches searched, identify which of the batches these documents were found in, and identify the number of relevant but privileged documents withheld with respect to each of the two batches.

   B. Validation.

      1. If the parties agree on search terms, the defendants need calculate the recall rate only for the segment of the search conducted through TAR.

      2. If, on the other hand, the parties fail to agree on search terms, the defendants shall calculate the recall rate that incorporates both the search term and TAR segments.

      3. In neither event, are the defendants required to account for potential human error in calculating the recall rate.

   C. Closure.

      1. At the point where a defendant chooses to cease its search, it shall provide to the plaintiffs (a) the information contained in A.2. above, and (b) the recall rate and all calculations used to derive that rate.

      2. If the plaintiffs agree, the defendant may conclude its search at that point.

      3. If the plaintiffs do not agree, the parties shall, after meeting and conferring, present their dispute to a Special Master for resolution.[1] The Special Master may (a) permit the defendant to terminate the search or (b) require the defendant to review one or more additional batches, with or without conditions that

---

[1] The parties would be free to choose a Special Master other than the undersigned to serve this function.

could include the shifting of costs incurred in connection with such further reviews.

       4. In determining whether to permit a defendant to terminate a search, the Special Master shall apply a rebuttable presumption that a 70% recall rate demonstrates a reasonable search.

Rationale

Several principles inform the proposal outlined above:

- The parties' "agreement" to a 70% recall rate did not reflect a complete meeting of the minds. While the defendants understood this benchmark to apply only to the TAR portion of the search, the plaintiffs understood it to apply either to (a) the TAR and search term portions together, or (b) to TAR alone, but only after search terms had been agreed to, a condition that has not yet been met.

- Although auditing of human error in search is common in quality control measures that a party applies to its own search but does not share, it is rarely part of a validation protocol. Accordingly, it has been omitted from the proposal here.

- The goal of establishing immutable criteria before a search has been commenced incorporates trade-offs. On one hand, it creates certainty and limits the risk of subsequent disputes with their attendant costs. On the other hand, as the experience of this case shows, it may increase up front disagreements (and attendant costs), as the parties find it difficult to negotiate an agreement in an information vacuum. To be sure, the defendants' concern that anything short of rigid criteria will leave the door open to subsequent disputes is a legitimate one. But, as a search progresses, the availability of greater information will likely make those disputes less frequent and more amenable to resolution. It is easier for parties to argue in the abstract about what might happen than it is to argue about what actually happened. The proposal therefore allows some flexibility in determining when to conclude a search based upon what the data from the search show.

<u>Conclusion</u>

I hope this proposal will be useful in helping the parties reach agreement on the outstanding issues. That would, I suspect, be a more desirable outcome for both sides than leaving these issues for determination by the court.

Please let me know at your earliest convenience whether the parties collectively believe that we should be discussing a negotiated resolution at the upcoming conference, as that will impact how we set up the remote session.

I look forward to speaking with you later this week.

Regards,

*James C. Francis IV*
Hon. James C. Francis IV (Ret.)

## PROOF OF SERVICE BY E-Mail

Re: In re: Diisocyanates Antitrust Litigation
Reference No. 1425034760

I, Katherine Robinson, not a party to the within action, hereby declare that on July 12, 2021, I served the attached LETTER TO COUNSEL DATED JULY 12, 2021 on the parties in the within action by electronic mail at New York, NEW YORK, addressed as follows:

William Pietragallo II Esq.
Mr. Peter S. Wolff
Ms. Dasha Gorlov
Pietragallo Gordon Alfano, et al.
One Oxford Centre
301 Grant St.   38th Floor
Pittsburgh, PA   15219
Phone: 412- 263-2000
WP@Pietragallo.com
psw@pietragallo.com
dg@pietragallo.com
    Parties Represented:
    American Polymers Corporation
    Bryn Hill Industries, Inc.
    C.U.E., Inc.
    Elliott Company of Indianapolis, Inc.
    Emma Chemicals, Co., Inc.
    Era Polymers Proprietary Limited
    Finishing Solutions LLC
    NCP Coatings
    NPC Coating, Inc.
    Rhino Linings Corporation
    Tri-Iso Tryline LLC
    Unicast, Inc.
    Utah Foam Products
    Utah Foam Products, Inc.

Megan E. Jones Esq.
Hausfeld LLP
600 Montgomery St.
Suite 3200
San Francisco, CA   94111
Phone: 415-633-1908
mjones@hausfeld.com
    Parties Represented:
    American Polymers Corporation
    NCP Coatings
    Rhino Linings USA, Inc.
    Tri-Iso Tryline LLC
    Utah Foam Products
    Utah Foam Products, Inc.

Michael D. Hausfeld Esq.
Melinda R. Coolidge Esq.
Ms. Sarah LaFreniere
Hausfeld LLP
888 16th St. NW
Suite 300
Washington, DC   20006

Ian J. Engdahl
Halli E. Spraggins Esq.
Hausfeld LLP
888 16th St. NW
Suite 300
Washington, DC   20006
Phone: 202-540-7200

Phone: 202-540-7200
MHausfeld@hausfeldllp.com
mcoolidge@hausfeldllp.com
slafreniere@hausfeld.com
    Parties Represented:
    Utah Foam Products, Inc.

Brent W. Landau Esq.
Hausfeld LLP
325 Chestnut St.
Suite 900
Philadelphia, PA   19106
Phone: 215-985-3270
blandau@hausfeld.com
    Parties Represented:
    Utah Foam Products, Inc.

Thomas L. Allen Esq.
Reed Smith LLP
Reed Smith Centre
225 Fifth Ave.
Pittsburgh, PA   15222
Phone: 412-288-3131
tallen@reedsmith.com
    Parties Represented:
    BASF Corporation

David M. Bernick PC
Aidan Synnott Esq.
Ryan B. Streit Esq.
Paul Weiss Rifkind, et al.
1285 Avenue of the Americas

iengdahl@hausfeld.com
hspraggins@hausfeld.com
    Parties Represented:
    Utah Foam Products, Inc.

Jason Hartley Esq.
Jason M. Lindner Esq.
Hartley LLP
101 West Broadway
Suite 820
San Diego, CA   92101
Phone: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
    Parties Represented:
    American Polymers Corporation
    C.U.E., Inc.
    NCP Coatings
    Rhino Linings Corporation
    Rhino Linings USA, Inc.
    Tri-Iso Tryline LLC
    Utah Foam Products

Alden Atkins Esq.
Mr. Craig P. Seebald
Brian Schnapp Esq.
Vinson & Elkins
2200 Pennsylvania Ave., N.W.
Suite 500
Washington, DC   20037
Phone: 202-639-6500
aatkins@velaw.com
cseebald@velaw.com
bschnapp@velaw.com
    Parties Represented:
    Wanhua Chemical (America) Co., Ltd.
    Wanhua Chemical Group Co., Ltd.

William S. Farmer Jr. Esq.
Farmer Brownstein Jaeger LLP
235 Pine St.
Suite 1300
San Francisco, CA   94104

New York, NY   10019
Phone: 212-373-3000
dbernick@paulweiss.com
asynnott@paulweiss.com
rstreit@paulweiss.com
    Parties Represented:
    Dow Chemical Company
    DowDuPont Inc.

  John Schmidtlein
Zachary K. Warren Esq.
Constance T. Forkner Esq.
Williams & Connolly LLP
725 12th St., NW
Washington, DC   20005-5901
Phone: 202-434-5000
jschmidtlein@wc.com
zwarren@wc.com
cforkner@wc.com
    Parties Represented:
    Huntsman Corporation
    Huntsman International LLC

John Terzaken Esq.
Abram J. Ellis Esq.
Avia Gridi Esq.
Simpson Thacher & Bartlett
900 G Street, NW
Washington, DC   20001
Phone: 202-636-5500
John.Terzaken@stblaw.com
aellis@stblaw.com
avia.gridi@stblaw.com
    Parties Represented:
    Covestro AG
    Covestro LLC

Brian D. Clark Esq.
Leona Bridget Ajavon Esq.
Lockridge Grindal Nauen PLLP
100 Washington Ave. South
Suite 2200
Minneapolis, MN   55401-2159
Phone: 612-339-6900
bdclark@locklaw.com

Phone: 415-962-2879
wfarmer@fbjgk.com
    Parties Represented:
    Mitsui Chemicals America, Inc.
    Mitsui Chemicals, Inc.

Benjamin Nagin Esq.
Martin B. Jackson Esq.
Sidley Austin LLP
787 7th Ave.
New York, NY   10019
Phone: 212-839-5300
BNagin@Sidley.com
mjackson@sidley.com
    Parties Represented:
    MCNS Polyurethanes USA Inc.
    Mitsui Chemicals & SKC
    Polyurethanes, Inc. (MCNS)

Andrew S. Marovitz Esq.
Britt M. Miller Esq.
Richard Nowak Esq.
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL   60606
Phone: 312-782-0600
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rnowak@mayerbrown.com
    Parties Represented:
    BASF Corporation
    BASF SE

Daniel J. Mogin Esq.
MoginRubin LLP
600 West Broadway
Suite 3300
San Diego, CA   92101
Phone: 619-687-6611
dmogin@moginrubin.com
    Parties Represented:

lbajavon@locklaw.com
    Parties Represented:
    American Polymers Corporation
    NPC Coating, Inc.
    Rhino Linings Corporation
    Tri-Iso Tryline LLC
    Utah Foam Products, Inc.

Daniel J. Walker Esq.
Berger Montague PC
2001 Pennsylvania Ave, NW
Suite 300
Washington, DC   20006
Phone: 202-559-9740
dwalker@bm.net
    Parties Represented:
    Rhino Linings Corporation

Eric L. Cramer Esq.
Berger Montague PC
1818 Market St.
Suite 3600
Philadelphia, PA   19103
Phone: 215-875-3000
ecramer@bm.net
    Parties Represented:
    Rhino Linings Corporation

Jonathan L. Rubin Esq.
MoginRubin LLP
1615 M. Street, N.W.
Third Floor
Washington, DC   20036
Phone: 202-630-0616
jrubin@moginrubin.com
    Parties Represented:
    Rhino Linings Corporation

Rhino Linings Corporation

Dean Michael Harvey Esq.
Jon Fougner Esq.
Lin Y. Chan Esq.
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery St.
29th Floor
San Francisco, CA   94111
Phone: 415-956-1000
dharvey@lchb.com
jfougner@lchb.com
lchan@lchb.com
    Parties Represented:
    Rhino Linings Corporation

Jennifer Oliver Esq.
Jodie M. Williams Esq.
MoginRubin LLP
600 West Broadway
Suite 3300
San Diego, CA   92101
Phone: 619-687-6611
joliver@moginrubin.com
jwilliams@moginrubin.com
    Parties Represented:
    Rhino Linings Corporation

Christopher Young
Joseph Saveri Esq.
Steven N. Williams Esq.
Joseph Saveri Law Firm
601 California Street
Suite 1000
San Francisco, CA   94108
Phone: 415-500-6800
cyoung@saverilawfirm.com
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com

    Parties Represented:
    Tri-Iso Tryline LLC

Bart D. Cohen Esq.
Linda P. Nussbaum Esq.
Nussbaum Law Group, P.C.
1211 Avenue of the Americas
40th Fl.
New York, NY   10036
Phone: 917-438-9102
bcohen@nussbaumpc.com
lnussbaum@nussbaumpc.com
    Parties Represented:
    Emma Chemicals, Co., Inc.

Chris Hellums Esq.
Jonathan S. Mann Esq.
Pittman Dutton Hellums Bradley & Mann PC
2001 Park Place N.
Suite 1100
Birmingham, AL   35203
Phone: 205-322-8880
chrish@pittmandutton.com
jonm@pittmandutton.com
    Parties Represented:
    Finishing Solutions LLC

Ari S. Ruben
Bill Carmody Esq.
Arun S. Subramanian Esq.
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY   10019
Phone: 212-336-8330
aruben@susmangodfrey.com
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
    Parties Represented:
    Bryn Hill Industries, Inc.

Beatrice Franklin
Seth Ard Esq.
Susman Godfrey LLP
1301 Avenue of the Americas
32nd Floor
New York, NY   10019
Phone: 212-336-8330
bfranklin@susmangodfrey.com
sard@susmangodfrey.com
    Parties Represented:
    Bryn Hill Industries, Inc.

E. Powell Miller
Miller Shea
950 West University Drive
Suite 300
Rochester, MI   48307
Phone: (248) 841-2200
epm@millershea.com
    Parties Represented:
    Isaac Industries, Inc.

Steven W. Berman Esq.
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA   98101
Phone: 206-623-7292
steve@hbsslaw.com
    Parties Represented:
    Isaac Industries, Inc.

Edwin J. Kilpela Jr., Esq.
Carlson Lynch LLP
1133 Penn Ave.
5th Floor
Pittsburgh, PA   15222
ekilpela@carlsonlynch.com

Gary F. Lynch Esq.
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Ave.
5th Floor
Pittsburgh, PA   15222
Phone: 412-322-9243

    Parties Represented:
    Era Polymers Proprietary Limited
    Isaac Industries, Inc.

J. Elliott Walthall Esq.
James F. Barger Jr. Esq.
Frohsin & Barger, LLC
3430 Independence Blvd.
Suite 40
Birmingham, AL   35209
Phone: 205-933-4006
elliott@frohsinbarger.com
jim@frohsinbarger.com
    Parties Represented:
    Finishing Solutions LLC

Mr. Andrew G. Finkelstein
Finkelstein & Partners
1279 Route 300
P.O. Box 1111
Newburgh, NY   12551
Phone: 845-562-0203
afinkelstein@lawampm.com
    Parties Represented:
    C.U.E., Inc.
    NPC Coating, Inc.

Brian W. Barnes
Harold S. Cooper
Michael W. Kirk
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC   20036
Phone: 202-220-9600
bbarnes@cooperkirk.com
hreeves@cooperkirk.com
mkirk@cooperkirk.com
    Parties Represented:
    Elliott Company of Indianapolis, Inc.

Robert J. D'Anniballe Jr. Esq.
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
200 Stanton Boulevard

glynch@carlsonlynch.com
    Parties Represented:
    Era Polymers Proprietary Limited
    Isaac Industries, Inc.

Kevin B. Love Esq.
Hanzman, Criden, Chaykin & Rolnick, P.A.
220 Alhambra Circle
Suite 400
Miami, FL   33134
Phone: 305-357-9000
klove@cridenlove.com
    Parties Represented:
    Isaac Industries, Inc.

Richard M. Paul III Esq.
Sean Cooper Esq.
Paul LLP
601 Walnut St.
Suite 300
Kansas City, MO   64106
Phone: 816-984-8100
rick@paulllp.com
sean@paulllp.com
    Parties Represented:
    NPC Coating, Inc.

Ms. Elana Katcher
Robert N. Kaplan Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Ave.
14th Floor
New York, NY   10022
Phone: 212-687-1980
ekatcher@kaplanfox.com
rkaplan@kaplanfox.com
    Parties Represented:
    Elliott Company of Indianapolis, Inc.
    Utah Foam Products, Inc.

Deborah A. Elman Esq.
Grant & Eisenhofer, P.A.
485 Lexington Ave.

Suite 100  
Steubenville, OH   43952  
Phone: 740-282-6705  
rjd@pietragallo.com  
    Parties Represented:  
    Finishing Solutions LLC  

Kerry Klein Esq.  
David C. Brownstein Esq.  
Farmer Brownstein Jaeger LLP  
235 Pine Street  
Suite 835  
San Francisco, CA   94104  
Phone: 415-962-2873  
kklein@fbjgk.com  
dbrownstein@fbj-law.com  
    Parties Represented:  
    Mitsui Chemicals America, Inc.  
    Mitsui Chemicals, Inc.  

James A. Backstrom Esq  
Backstrom Law  
1515 Market Street  
Suite 1200  
Philadelphia, PA   19102  
Phone: 215-864-7797  
jabber@backstromlaw.com  
    Parties Represented:  
    Mitsui Chemicals America, Inc.  

Samuel W. Braver Esq.  
Dentons Cohen & Grigsby, P.C.  
625 Liberty Ave.  
5th Floor  
Pittsburgh, PA   15222-3152  
Phone: 412-297-4900  
samuel.braver@dentons.com  
    Parties Represented:  
    MCNS Polyurethanes USA Inc.  
    Mitsui Chemicals & SKC  
    Polyurethanes, Inc. (MCNS)  

Ellen Meriwether Esq.  
Cafferty Faucher LLP  

29th Fl.  
New York, NY   10017  
Phone: 646-722-8500  
delman@gelaw.com  
    Parties Represented:  
    Finishing Solutions LLC  

William S. Famer  
David M. Goldstein  
Farmer Brownstein Jaeger LLP  
235 Montgomery Street  
Suite 835  
San Francisco, CA   94104  
Phone: (415) 962-2873  
wfarmer@fbjgk.com  
dgoldstein@fbjgk.com  
    Parties Represented:  
    Mitsui Chemicals America, Inc.  
    Mitsui Chemicals, Inc.  

Robert Eisler Esq.  
Grant & Eisenhofer, P.A.  
123 Justison Street  
Wilmington, DE   19801  
Phone: 302-622-7000  
reisler@gelaw.com  
    Parties Represented:  
    Finishing Solutions LLC  

Charles L. Wesley Esq.  
Molly McDonald  
Vinson & Elkins  
2200 Pennsylvania Ave., N.W.  
Suite 500 West  
Washington, DC   20037  
Phone: 202-639-6500  
lwesley@velaw.com  
mmcdonald@velaw.com  
    Parties Represented:  
    Wanhua Chemical (America) Co., Ltd.  
    Wanhua Chemical Group Co., Ltd.  

Ms Ginevra F. Ventre  
Reed Smith LLP

1717 Arch St.
Suite 3610
Philadelphia, PA   19103
Phone: 215-864-2800
emeriwether@caffertyfaucher.com
   Parties Represented:
   Era Polymers Proprietary Limited

Michael Joseph Sweeney Esq.
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA   15222
Phone: 412-281-7272
msweeney@dmclaw.com
   Parties Represented:
   BASF AG
   Bayer Material Science LLC
   Huntsman Corporation
   Huntsman International LLC
   Huntsman LLC
   Mitsui Chemicals & SKC

Michael J. Boni Esq.
Boni, Zack & Snyder LLC
15 St. Asaphs Road
Bala Cynwyd, PA   19004
Phone: 610-822-0200
mboni@bonizack.com
   Parties Represented:
   Era Polymers Proprietary Limited

Sharon K. Robertson Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine St.
14th Floor
New York, NY   10005
Phone: 212-838-7797
srobertson@cohenmilstein.com
   Parties Represented:
   Era Polymers Proprietary Limited

Mr. David B. Spear
Minto Law Group LLC

225 Fifth Ave.
Pittsburgh, PA   15222
Phone: 412-288-3131
GVentre@ReedSmith.com
   Parties Represented:
   BASF Corporation

Jessica Weiner Esq.
Richard A. Koffman Esq.
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave.
Suite 500 West
Washington, DC   20005
Phone: 202-408-4600
jweiner@cohenmilstein.com
rkoffman@cohenmilstein.com
   Parties Represented
   Era Polymers Proprietary Limited

Patrick E. Cafferty Esq.
Cafferty Faucher LLP
101 N. Main St.
Suite 450
Ann Arbor, MI   48104
Phone: 734-769-2144
DECLINED
   Parties Represented:
   Era Polymers Proprietary Limited

Jeffrey B. Gittleman Esq.
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market St.
Philadelphia, PA   19103
Phone: 215-963-0600
DECLINED
   Parties Represented:
   Era Polymers Proprietary Limited

Douglas A. Dellaccio Jr.
Cory Watson

603 Stanwix Street
Suite 2025
Pittsburgh, PA   15222
Phone: 412-201-5525
dspear@mintolaw.com
    Parties Represented:
    Utah Foam Products, Inc.

Joshua H. Grabar Esq.
Grabar Law Office
1650 Market Street
Suite 3600
Philadelphia, PA   19103
Phone: 267-507-6085
jgrabar@grabarlaw.com
    Parties Represented:
    Unicast, Inc.

Jonathan R. Myers Esq.
Simpson Thacher & Bartlett
900 G Street, NW
Washington, DC   20001
Phone: 202-636-5500
jonathan.myers@stblaw.com
    Parties Represented:
    Covestro AG
    Covestro LLC

Wendy West Feinstein Esq.
Morgan, Lewis & Bockius LLP
One Oxford Centre
301 Grant St., 32nd Floor
Pittsburgh, PA   15219-6401
Phone: 412-560-3300
wendy.feinstein@morganlewis.com
    Parties Represented:
    Dow Chemical Company
    DowDuPont Inc.

Mark S. Levinstein Esq.
Williams & Connolly LLP
725 12th St., NW

2131 Magnolia Avenue S
Suite 200
Birmingham, AL   35205
Phone: (205) 328-7000
ddellaccio@cwcd.com
    Parties Represented:
    Utah Foam Products, Inc.

Marc H. Edelson Esq.
Edelson Lechtzin LLP
3 Terry Drive
Suite 205
Newtown, PA   18940
Phone: 844-696-7492
medelson@edelson-law.com
    Parties Represented
    Unicast, Inc.

Carl S. Burkhalter Esq.
Evan P. Moltz Esq.
Maynard Cooper & Gale,  PC
1901 Sixth Ave. North
Suite 1700
Birmingham, AL   35203
Phone: 205-254-1000
cburkhalter@maynardcooper.com
emoltz@maynardcooper.com
    Parties Represented:
    Dow Chemical Company
    DowDuPont Inc.

William T. McEnroe Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA   19103
Phone: 215-963-5000
william.mcenroe@morganlewis.com
    Parties Represented:
    Dow Chemical Company
    DowDuPont Inc.

Allen C. Kim Esq.
Sidley Austin LLP
555 W Fifth St.

Washington, DC   20005-5901
Phone: 202-434-5000
mlevinstein@wc.com
   Parties Represented:
   Huntsman Corporation
   Huntsman International LLC

Robert E. Welsh Jr. Esq.
Welsh & Recker, P.C.
306 Walnut St.
Philadelphia, PA   19106
Phone: 215-972-6430
rewelsh@welshrecker.com
   Parties Represented:
   MCNS Polyurethanes USA Inc.

Suite 4000
Los Angeles, CA   90013
Phone: 213-896-6000
akim@sidley.com
   Parties Represented:
   MCNS Polyurethanes USA Inc.

Rachael Schuman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY   10019
Phone: +1 212 373 3852
rschuman@paulweiss.com
   Parties Represented:
   Dow Chemical Company
   DowDuPont Inc.

      I declare under penalty of perjury the foregoing to be true and correct. Executed at New York, NEW YORK on  July 12, 2021.

*Katherine Robinson*
Katherine Robinson
JAMS
KRobinson@jamsadr.com