## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DIISOCYANATES ANTITRUST LITIGATION** : : : : *This document relates to: ALL ACTIONS* : : | Master Docket Misc. No. 18-1001  MDL No. 2862 |

## NOTICE OF APPEARANCE

Please kindly enter the appearance of Amy J. Roy of the law firm of Eckert Seamans Cherin & Mellott, LLC as counsel for Defendant Covestro LLC in the above-captioned action.

Dated: September 21, 2021

Respectfully submitted,

By: */s/ Amy J. Roy*
Amy J. Roy
Pa. I.D. No. 86584
aroy@eckertseamans.com
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(t) 412 566 6051
(f) 412 566 6099
*Attorney for Defendant, Covestro LLC*

13866450.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, the foregoing Notice of Appearance was filed via the Court's electronic filing system, so as to automatically serve counsel of record. Parties may access this filing through the Court's CM/ECF System.

*/s/ Amy J. Roy*
Amy J. Roy

13866450.1