# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to ALL ACTIONS | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

### PLAINTIFFS' MOTION TO COMPEL
### <u>DEFENDANTS PRE-TAR APPLICATION OF DISPUTED SEARCH TERMS</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law, Plaintiffs hereby move to compel Defendants to include in their TAR review set those documents identified by the search terms in Exhibit A to the Declaration of Sarah R. LaFreniere in Support of Plaintiffs' Motion to Compel Pre-Tar Application of Search Terms, and in Opposition to Defendants' Motion for a Protective Order (ECF 591).

A proposed Order is attached.

Respectfully submitted,

Dated:  <u>December 15, 2021</u>　　　　　*s/ William Pietragallo, II*
　　　　　　　　　　　　　　　　　　　William Pietragallo, II (PA 16413)
　　　　　　　　　　　　　　　　　　　PIETRAGALLO GORDON ALFANO
　　　　　　　　　　　　　　　　　　　　BOSICK & RASPANTI, LLP
　　　　　　　　　　　　　　　　　　　One Oxford Centre, 38th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　Tel.: (412) 263-2000
　　　　　　　　　　　　　　　　　　　Fax: (412) 263-2001
　　　　　　　　　　　　　　　　　　　*wp@pietragallo.com*
　　　　　　　　　　　　　　　　　　　**Plaintiffs' Interim Liaison Counsel**

Megan E. Jones (CA 296274)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel.: (415) 633-1908
Fax: (415) 358-4980
*mjones@hausfeld.com*

Jason S. Hartley (CA 192514)
HARTLEY LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Tel.: (619) 400-5822
Fax: (619) 400-5832
*hartley@hartleyllp.com*
***Plaintiffs' Interim Co-Lead Counsel***

Doc. # 67878404