# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DIISOCYANATES ANTITRUST LITIGATION** | Master Docket Misc. No. 2:18-mc-1001-WSH |
| This document relates to ALL ACTIONS | MDL No. 2862 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.2.C.4, Plaintiff Rhino Linings Corporation in the above-captioned action hereby moves to withdraw the appearance of Jason L. Lichtman. Through the undersigned counsel of record, Lieff Cabraser Heimann & Bernstein, LLP will continue to represent Plaintiff Rhino Linings Corporation in this matter. Mr. Lichtman's withdrawal will not affect any deadlines or cause any delay. A proposed order is attached hereto.

Dated:  February 8, 2022        Respectfully submitted,

By:  s/ *Dean M. Harvey*
         Dean M. Harvey

Dean M. Harvey
Lin Y. Chan
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008
dharvey@lchb.com
lchan@lchb.com
*Attorneys for Plaintiff Rhino Linings Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I filed the foregoing Motion for Withdrawal of Appearance via this Court's CM/ECF system, which caused notice of filing to be sent electronically to all counsel of record.

By:  s/ *Dean M. Harvey*
       Dean M. Harvey

2366778.2