UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DIISOCYANATES ANTITRUST LITIGATION** | Master Docket Misc. No. 2:18-mc-1001-WSH |
| This document relates to ALL ACTIONS | MDL No. 2862 |

**[PROPOSED] ORDER GRANTING
<u>MOTION FOR WITHDRAWAL OF APPEARANCE</u>**

AND NOW, this _____ day of February, 2022, upon the motion by Plaintiff Rhino Linings Corporation in the above-captioned matter, IT IS HEREBY ORDERED that the motion to withdraw Jason L. Lichtman as counsel is GRANTED and Jason L. Lichtman's appearance is WITHDRAWN as of the date of this order. The Clerk is directed to remove Jason L. Lichtman from the CM/ECF service list for this action.

BY THE COURT:

_____
W. Scott Hardy
United States District Judge