# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

## MOTION TO ENTER DEFENDANTS' PROPOSED ORDER REGARDING CASE SCHEDULE

As discussed during the March 2, 2022, telephonic status conference, Plaintiffs and Defendants exchanged correspondence regarding a pretrial schedule with the aim of reaching an agreement. Not having reached an agreed-upon schedule, Defendants hereby submit their proposed schedule. The Parties respectfully request that they be permitted additional time to meet and confer in an attempt to narrow the remaining differences, and to the extent such differences persist, each be allowed to submit short simultaneous briefs in support of their respective positions by April 6, 2022.

Dated: March 18, 2022

*/s/ John F. Terzaken*
John F. Terzaken (DC 474015)
Abram J. Ellis
Avia Gridi
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
john.terzaken@stblaw.com
AEllis@stblaw.com
avia.gridi@stblaw.com

**Counsel for Covestro LLC**

Respectfully submitted,

*/s/ Alden L. Atkins*
Alden L. Atkins (DC 393922)
Craig P. Seebald
Charles L. Wesley
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.,
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6500
Fax: (202) 639-6604
aatkins@velaw.com
cseebald@velaw.com
lwesley@velaw.com

**Counsel for the Wanhua Chemical (America) Co., Ltd.**

*/s/ David M. Bernick*
David M. Bernick (NY 4443396)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-3201
Facsimile: (202) 389-5200
david.bernick@kirkland.com

Daniel E. Laytin, P.C. [IL 6257119]
Christa C. Cottrell, P.C. [IL 6284749]
Vanessa Barsanti [IL 6304193]
Jonathan N. Adair [IL 6320193]
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2400
Facsimile: (312) 862-2200
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
vanessa.barsanti@kirkland.com
jonathan.adair@kirkland.com

Wendy West Feinstein (PA 86698)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
Tel.: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

**Counsel for Defendant The Dow Chemical Company**

*/s/ Andrew S. Marovitz*
Andrew S. Marovitz (IL 6201574)
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Ginevra Ventre (PA 316897)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 288-3131

*/s/ Benjamin R. Nagin*
Benjamin R. Nagin [NY 2837078]
Martin B. Jackson [NY 4117743]
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
bnagin@sidley.com
mjackson@sidley.com

Allen C. Kim (CA 155502)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel.: (213) 896-6105
Fax: (213) 896-6600
akim@sidley.com

Samuel W. Braver (PA 19682)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222 Tel.: (412) 297-4602 Fax: (412) 209-0672
samuel.braver@dentons.com

**Counsel for the MCNS Polyurethanes USA Inc.**

*/s/ William S. Farmer*
William S. Farmer (CA 46694)
David M. Goldstein
David C. Brownstein
FARMER BROWNSTEIN JAEGER & GOLDSTEIN & KLEIN LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Tel.: (415) 962-2873
Fax: (415) 520-5678
wfarmer@fbj-law.com
dgoldstein@fbj-law.com
dbrownstein@fbj-law.com

James A. Backstrom (PA 24523)
JAMES A. BACKSTROM,
COUNSELLOR AT LAW
1515 Market Street, Suite 1200

Fax: (412) 288-3063
gventre@reedsmith.com

**Counsel for BASF Corporation**

Philadelphia, PA 19102
Tel.: (215) 864-7797 jabber@backstromlaw.com

**Counsel for Mitsui Chemicals America, Inc.**

*/s/ John E. Schmidtlein*
John E. Schmidtlein [DC 441261]
Zachary K. Warren [DC 1015292]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029
jschmidtlein@wc.com
zwarren@wc.com

Michael J. Sweeney [PA 43683]
DICKIE, MCCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Telephone:  (412) 281-7272
msweeney@dmclaw.com

**Counsel for the Huntsman Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify, that on March 18, 2022, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system.

                                                  */s/ Jonathan N. Adair*