### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RACHEL J. LAMORTE

Movant Rachel J. Lamorte, undersigned counsel for Defendant BASF Corporation, hereby moves for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant BASF Corporation pursuant to LCvR 83.2 and LCvR 83.3. In support of this motion, the undersigned attaches the Affidavit of Rachel J. Lamorte in Support of Motion for Admission *Pro Hac Vice* (Exhibit A).

WHEREFORE, Rachel J. Lamorte respectfully requests that the Court grant her admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant BASF Corporation.

Dated: April 1, 2022

/*s/ Rachel J. Lamorte*
Rachel J. Lamorte
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3262
rlamorte@mayerbrown.com

*Counsel for BASF Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, a copy of the foregoing **Motion for Admission *Pro Hac Vice* of Rachel J. Lamorte** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the U.S. District Court for the Western District of Pennsylvania's electronic filing system.

*/s/ Rachel J. Lamorte*
Rachel J. Lamorte