# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**AFFIDAVIT OF RACHEL J. LAMORTE IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Rachel J. Lamorte, hereby submit this affidavit in support of the motion for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant BASF Corporation. Being duly sworn, I hereby depose and say as follows:

1. I am an attorney with the law firm of Mayer Brown LLP. My business address is 1999 K Street, NW, Washington, DC 20006.

2. I am a member in good standing of the bar of the State of Massachusetts. My bar identification number is: 692411.

3. I am a member in good standing of the bar of the State of New York. My bar identification number is: 5380019.

4. I am a member in good standing of the bar of the District of Columbia. My bar identification number is: 1743057.

5. A current certificate of good standing from the bar of the District of Columbia is attached hereto.

6. I have never been a party to a disciplinary proceeding concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the U.S. District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the U.S. District Court for the Western District of Pennsylvania.

9. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission to represent BASF Corporation in this matter.

2

I certify and attest that the foregoing statements made by me in this affidavit are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 1, 2022  　　　　　　　　　　*/s/ Rachel J. Lamorte*
　　　　　　　　　　　　　　　　　　　　Rachel J. Lamorte
　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　1999 K Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 263-3262
　　　　　　　　　　　　　　　　　　　　rlamorte@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　*Counsel for BASF Corporation*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Rachel Jennifer Lamorte*

was duly qualified and admitted on December 17, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 1, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.