# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

## ORDER

Attorney Rachel J. Lamorte filed a motion for admission *pro hac vice* to represent Defendant BASF Corporation in the above-captioned matter. The Court, being duly advised, now GRANTS the motion.

IT IS HEREBY ORDERED that Rachel J. Lamorte is admitted *pro hac vice* as attorney for Defendant BASF Corporation in the above-captioned matter.

Dated: _____

                                                        Donetta W. Ambrose
                                                        United States District Judge
                                                        Western District of Pennsylvania

**Distribution list:** To all counsel of record by CM/ECF