IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Cases | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

HARDY, United States District Judge

## CASE MANAGEMENT ORDER

AND NOW, this 27th day of April, 2022, upon consideration of the parties proposed case management orders and supporting documentation (ECF Nos. 638-639; 643-650), it is ordered as follows:[1]

| EVENT | DEADLINE |
|---|---|
| Substantial completion of document production for Plaintiffs and Domestic Defendants | March 21, 2022<br>(April 29, 2022 for Defendants who added custodians in early 2022) |
| Substantial completion of document production for Consenting Foreign Defendants | 150 days following agreement (or judicial resolution of) remaining custodian and search term issues |
| Substantial completion of jurisdictional discovery for Rule 12(b)(2) Foreign Defendants | August 31, 2022[2] |
| Plaintiffs to supplement jurisdictional discovery responses to Rule 12(b)(2) Foreign Defendants | 60 days following each Rule 12(b)(2) Foreign Defendant's substantial completion of jurisdictional discovery |
| Privilege Logs | 60 days following substantial completion of document production for those Defendants who have substantially completed production by April 27, 2022 and 45 days following |

---

[1] Given the instant Case Management Order, the pending Motion to Enter Defendants' Proposed Order Regarding Case Schedule (ECF No. 638) is denied as moot.

[2] If a Rule 12(b)(2) Foreign Defendant cannot meet this date, the Rule 12(b)(2) Foreign Defendant must move to continue the substantial completion of jurisdictional discovery date by August 1, 2022, along with a supporting brief not to exceed 20 pages. Plaintiffs must file a brief in response by August 15, 2022.

| | |
|---|---|
| | substantial completion of document production for each of the remaining Defendants |
| Renewed Rule 12(b)(2) Motions to Dismiss based on Jurisdiction | 30 days following Plaintiffs' supplementation of their jurisdictional discovery responses |
| Plaintiffs' Response to Renewed 12(b)(2) Motion | 30 days following the filing of the Renewed Rule 12(b)(2) Motion |
| Rule 12(b)(2) Foreign Defendants' Reply to Plaintiffs' Response to Renewed 12(b)(2) Motion | 15 days following the filing of Plaintiff's Response to Renewed 12(b)(2) Motion |
| Parties to update the Court on whether the deadline for the close of fact discovery needs to be adjusted | January 30, 2023 |
| Supplemental Interrogatory Responses | March 31, 2023 (90 days before the close of fact discovery) |
| Close of Fact Discovery[3] | June 30, 2023 |
| Motion for Class Certification and Motion(s) for Summary Judgment (with supporting expert reports) | August 15, 2023 (45 days after the close of fact discovery) |

BY THE COURT:

W. Scott Hardy
United States District Judge

---

[3] During fact discovery, the parties may take one (1) deposition of each witness, absent good cause. The parties, however, may seek leave of court to redepose the same individual (within 45 days after the Rule 12(b)(2) Foreign Defendants' document production), and in so doing must specifically identify the individual(s) that they want to redeposed, the extremely limited nature of the deposition, and the specific reasons they could not have questioned this individual previously about the topics sought.