# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

## [PROPOSED] ORDER OF COURT

**AND NOW**, this _____ day of _____ , upon consideration of Covestro AG's Renewed Motion To Dismiss Under Rule 12(b)(2) For Lack of Personal Jurisdiction, as well as the parties' memoranda of law in support of and in opposition thereto,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**. Defendant Covestro AG is hereby dismissed from this action with prejudice.

BY THE COURT:


Honorable W. Scott Hardy
United States District Judge

_____

CC: all counsel of record