# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**CONSENT MOTION TO EXTEND FILING DEADLINES IN RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

Pursuant to the Practices and Procedures of Judge W. Scott Hardy, as amended October 8, 2021 ("Practices and Procedures"), the response of Defendants[1] to Plaintiffs' Motion to Compel Defendants to Respond to Plaintiffs' Second Set of Interrogatories (ECF No. 880) ("Motion to Compel") is due by March 22, 2023, and Plaintiffs' reply would be due on March 29, 2023. *See* Practices and Procedures, at II.D.1. In order for the parties to provide fulsome briefing to the Court in response to Plaintiffs' Motion to Compel, the undersigned parties agree that there is good cause for this Court to grant an extension such that Defendants' response shall be due by April 5, 2023, and Plaintiffs' reply shall be due by April 20, 2022. There have been no prior requests for filing extensions regarding Plaintiffs' pending Motion to Compel.

Accordingly, Plaintiffs and Defendants hereby respectfully request that the deadline for Defendants to file a response to Plaintiffs' Motion to Compel (ECF No. 880) be extended to April 5, 2023, and the deadline for Plaintiffs to file a reply in support of their Motion to Compel be extended to April 20, 2023.

---

[1] Defendants for the purposes of this Motion include: BASF SE ("BASF SE"); BASF Corporation ("BASF"), Covestro LLC, The Dow Chemical Company ("Dow"), Huntsman Corporation; Huntsman International LLC ("Huntsman"), and Wanhua Chemical (America) Co., Ltd. ("Wanhua").

| | |
|---|---|
| Dated:  March 17, 2023 | Respectfully submitted, |
| */s/  William Pietragallo II* | */s/  John Terzaken* |
| William Pietragallo II (PA 16413) | John F. Terzaken [DC 474015] |
| PIETRAGALLO GORDON ALFANO | Abram J. Ellis [NY 4402962] |
| BOSICK & RASPANTI, LLP | Avia Gridi [DC 1740446] |
| One Oxford Centre, 38th Floor | SIMPSON THACHER & BARTLETT |
| Pittsburgh, PA 15219 | 900 G Street, N.W. |
| Tel.: (412) 263-2000 | Washington, DC 20001 |
| Fax: (412)263-2001 | Telephone: (202) 636-5500 |
| wp@pietragallo.com | Facsimile: (202) 636-5502 |
| | john.terzaken@stblaw.com |
| | AEllis@stblaw.com |
| *Plaintiffs' Interim Liaison Counsel* | avia.gridi@stblaw.com |

Jason S. Hartley (CA 192614)
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel.: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com

Megan E. Jones (CA 296274)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel.: (415) 633-1908
Fax: (425) 358-4980
mjones@hausfeld.com

*Plaintiffs' Interim Co-Lead Counsel*

*Counsel for Covestro LLC*

*/s/ Andrew S. Marovitz*
Andrew S. Marovitz (IL 6201574)
Britt M. Miller
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Ginevra Ventre (PA 316897)
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Tel: (412) 288-3131
Fax: (412) 288-3063
gventre@reedsmith.com

*Counsel for BASF Corporation and BASF SE*

Alden L. Atkins (DC 393922)
Craig P. Seebald
Charles L. Wesley
Molly E. McDonald
VINSON & ELKINS LLP

2200 Pennsylvania Avenue, N.W.,
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6500
Fax: (202) 639-6604
aatkins@velaw.com
cseebald@velaw.com
lwesley@velaw.com
mmcdonald@velaw.com

*Counsel for the Wanhua Chemical (America) Co., Ltd.*

David M. Bernick (NY 4443396)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-3201
Facsimile: (202) 389-5200
david.bernick@kirkland.com

Daniel E. Laytin, P.C. [IL 6257119]
Christa C. Cottrell, P.C. [IL 6284749]
Vanessa Barsanti [IL 6304193]
Jonathan N. Adair [IL 6320193]
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2400
Facsimile: (312) 862-2200
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
vanessa.barsanti@kirkland.com
jonathan.adair@kirkland.com

Wendy West Feinstein (PA 86698)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
Tel.: (412) 560-7455
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

*Counsel for Defendant The Dow Chemical Company*

John E. Schmidtlein [DC 441261]

                                        Zachary K. Warren [DC 1015292]
                                        WILLIAMS & CONNOLLY LLP
                                        680 Maine Avenue SW
                                        Washington, DC 20024
                                        Telephone: (202) 434-5000
                                        Facsimile: (202) 434-5029
                                        jschmidtlein@wc.com
                                        zwarren@wc.com
                                        Michael J. Sweeney [PA 43683]
                                        DICKIE, MCCAMEY & CHILCOTE, P.C.
                                        Two PPG Place, Suite 400
                                        Pittsburgh, PA 15222-5402
                                        Telephone: (412) 281-7272
                                        msweeney@dmclaw.com

                                        ***Counsel for the Huntsman Corporation and***
                                        ***Huntsman International, LLC***