# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket Misc. No. 18-1001<br>MDL No. 2862 |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal, filed on May 16, 2023, by and between Plaintiffs Utah Foam Products, Inc., NPC Coatings, Inc., Rhino Linings Corporation, Tri-Iso Tryline LLC, and American Polymers Corp. (together, "Plaintiffs"), on behalf of themselves only, and Defendants Mitsui Chemicals, Inc. and Mitsui Chemicals America, Inc. (together, "Mitsui"). The parties stipulate and agree that the above-captioned case be dismissed against Mitsui with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

**IT IS ORDERED** that the case is hereby **DISMISSED** against Mitsui.

SIGNED this 9th day of June, 2023.

BY THE COURT:

/s/ W. Scott Hardy
Hon. W. Scott Hardy
United States District Judge