IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Master Docket Misc. No. 18-1001<br>MDL No. 2862 |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal, filed on May 12, 2023, by and between Plaintiffs Utah Foam Products, Inc., NPC Coatings, Inc., Rhino Linings Corporation, Tri-Iso Tryline LLC, and American Polymers Corp. (together, "Plaintiffs"), on behalf of themselves only, and Defendants SK pucore co., ltd. ("SK pucore Korea," f/k/a SK pucore Chemicals & SKC Polyurethanes, Inc. or MCNS-K) and SK pucore USA Inc. ("SK pucore USA," f/k/a MCNS Polyurethanes USA Inc. or MCNS-U) (together, "SK pucore"). The parties stipulate and agree that the above-captioned case be dismissed against SK pucore with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs.

**IT IS ORDERED** that the case is hereby **DISMISSED** against SK pucore.

SIGNED this 9th day of       June      , 2023.

BY THE COURT:

/s/ W. Scott Hardy
Hon. W. Scott Hardy
United States District Judge