IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**STIPULATION AND ORDER REGARDING PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SPOLIATION**

**Whereas,** Plaintiffs intend to file a motion alleging a failure to preserve certain text messages, which Plaintiffs argue constituted spoliation of evidence and warrants sanctions pursuant to Fed. R. Civ. P. 37(e);

**Whereas,** Defendant WCA denies Plaintiffs' allegations and intends to oppose the motion;

**Whereas,** Counsel for Plaintiffs and WCA have met and conferred regarding the dispute, and have now reached an impasse; and

**Whereas**, in light of the upcoming Fourth of July holiday, and travel plans of counsel involved in this dispute, Plaintiffs and WCA have met and conferred regarding a briefing schedule and have agreed among themselves to propose to the Court a briefing schedule along the lines below.

**NOW, THEREFORE IT IS STIPULATED BY AND AMONG THE PLAINTIFFS AND WCA, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, AS FOLLOWS:**

1. No later than June 24, 2024, Plaintiffs shall file their motion with respect to the alleged spoliation;

2. No later than July 19, 2024, WCA shall file its opposition to Plaintiffs' motion;

1

3. No later than July 26, 2024, Plaintiffs shall file any reply; and

4. Plaintiffs' opening brief and WCA's opposition brief shall not exceed 10 pages, exclusive of exhibits. Plaintiffs' reply brief shall not exceed 5 pages, exclusive of exhibits.

The Parties agree that this schedule will not prejudice any party. Plaintiffs and Defendant WCA therefore respectfully request that the Court will allow the foregoing schedule.

SO ORDERED.

  /s/ W. Scott Hardy
W. Scott Hardy
United States District Judge

Dated: June 21, 2024

*/s/ Craig P. Seebald*
Craig P. Seebald (DC 438698)
Brian Schnapp
Charles L. Wesley
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Tel.: (202) 639-6613
Fax: (202) 639-6500
cseebald@velaw.com
lwesley@velaw.com
bschnapp@velaw.com

*Counsel for Wanhua Chemical (America) Co. Ltd.*

*/s/ William Pietragallo, II*
William Pietragallo, II (PA 16413)
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Tel.: (412) 263-2000
Fax: (412) 263-2001
wp@pietragallo.com

*Plaintiffs' Interim Liaison Counsel*

Jason S. Hartley (CA 192514)
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel.: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com

Megan E. Jones (CA 296274)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel.: (415) 633-1908
Fax: (415) 358-4980
mjones@hausfeld.com

*Plaintiffs' Interim Co-Lead Counsel*