# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION ) ) ) This Document Relates to: ) All Cases ) | Master Docket Misc. No. 18-1001 <br><br> MDL No. 2862 |

## MEMORANDUM ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") entered by Special Master Thomas J. Rueter on June 10, 2024. (Docket No. 1082). The R&R recommends that (1) Plaintiffs' Discovery Motion No. 2: Plaintiffs' Motion to Compel Defendant Covestro LLC to Produce Documents Withheld as Privileged, (Docket No. 986), be granted in part and denied in part; and (2) Plaintiffs' objections to Covestro's assertions of privilege with respect to the challenged documents be sustained in part and overruled in part. (Docket No. 1082 at 10). In accordance with Fed. R. Civ. P. 53(f)(2), the parties were informed that any objections to the R&R were due by July 1, 2024, and any responses to same were due by July 8, 2024. Thereafter, no party filed Objections to the R&R. After careful consideration of Plaintiffs' Motion and the R&R, the Court finds that the R&R should be adopted. Accordingly, the Court enters the following Order:

AND NOW, this 24th day of July, 2024, IT IS ORDERED that the Special Master's R&R, (Docket No. 1082), is ADOPTED as the Opinion of the Court. For the reasons set forth in the R&R, IT IS FURTHER ORDERED as follows:

(1) Plaintiffs' Discovery Motion No. 2: Plaintiffs' Motion to Compel Defendant Covestro LLC to Produce Documents Withheld as Privileged, (Docket No. 986), is GRANTED IN PART AND DENIED IN PART;

2

(2) Plaintiffs' objections to Covestro's assertions of privilege with respect to the challenged documents are SUSTAINED IN PART AND OVERRULED IN PART; and,

(3) Covestro shall produce documents to Plaintiffs consistent with the R&R by August 7, 2024.

<u>s/ W. Scott Hardy</u><br>
W. Scott Hardy<br>
United States District Judge

cc/ecf: All Counsel of Record