IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DIISOCYANATES ANTITRUST          :          Master Docket Misc. No. 18-1001
LITIGATION                              :          MDL No. 2862

**O R D E R**

AND NOW, this 23rd day of April, 2025, upon receipt of the Order from the

Honorable W. Scott Hardy dated this same date, referring Plaintiffs' Motion to Compel

Defendant Huntsman to Produce Documents Withheld as Privileged (the "Motion," Doc. No.

1076),[1] it is hereby

**ORDERED**

1.      Defendant Huntsman International LLC ("Huntsman") shall produce to

the undersigned: (a) all documents at issue herein (Plaintiffs' Exs. A-E) for in camera review, (b)

its privilege logs relating to the disputed entries, and (c) a list identifying the individuals whose

names appear as recipients or senders in any of the documents along with their title and position.

2.      The above items shall be submitted to the Special Master in digital format[2]

at: **TRueter@jamsadr.com no later than May 5, 2025.**

                                        /s/ Thomas J. Rueter
                                        Hon. Thomas J. Rueter (Ret.)
                                        Special Master

---

[1]      Huntsman International LLC filed a brief in opposition to the Motion (Doc. No. 1087) and Plaintiff filed a reply brief (Doc. No. 1091).

[2]      If Huntsman prefers to submit the documents in hard copy, it shall notify the Special Master of this preference by letter submitted to JAMS Access and may do so with delivery **no later than May 5, 2025**.