**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**THE PARTIES' JOINT REPORT TO THE COURT
REGARDING AN UPDATED CASE MANAGEMENT ORDER**

During the April 22, 2025 Status Conference, the Court directed the parties to confer on a mutually agreed case management order ("CMO") or some other proposed methodology to govern the timetable for future proceedings in the matter. Tr. 165.

Following the Status Conference, the parties met telephonically and exchanged drafts of proposed CMOs in good faith. They were able to substantially narrow but not eliminate all areas of disagreement. Accordingly, they respectfully seek to present their respective proposals (and the reasons for them) to this Court for its consideration, as follows:

1. Attached to this Joint Report are the most recent proposals made by each side. Exhibit A is a true and correct copy of Plaintiffs' May 29, 2025 proposal; Exhibit B is a true and correct copy of Defendants' May 29, 2025 proposal.

2. The parties will submit to this Court by June 6, 2025 (one week from today), five-page briefs in support of their respective CMO positions. The parties hope that this approach will assist the Court in fashioning an appropriate CMO for future activities in this matter.

Respectfully submitted,

*/s/ Andrew S. Marovitz*
Andrew S. Marovitz (IL 6201574)
Daniel T. Fenske
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
*amarovitz@mayerbrown.com*
*dfenske@mayerbrown.com*

Rachel J. Lamorte
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 362-3000
*rlamorte@mayerbrown.com*

Ginevra Ventre
REED SMITH
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
*gventre@reedsmith.com*

*Counsel for BASF Corporation and BASF SE*

*/s/ John F. Terzaken*
John F. Terzaken (DC 474015)
Abram J. Ellis (NY 4402962)
Avia Gridi (NY 5689732)
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502
*john.terzaken@stblaw.com*
*aellis@stblaw.com*
*avia.gridi@stblaw.com*

*Counsel for Covestro LLC and for Covestro AG specially appearing*

Respectfully submitted,

*/s/ Megan E. Jones*
Megan E. Jones (CA 296274)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
mjones@hausfeld.com

Jason S. Hartley (CA 192514)
HARTLEY LLP
101 W. Boardway, Suite 820
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400-5832
hartley@hartleyllp.com

*Plaintiffs' Interim Co-Lead Counsel*

William Pietragallo, II (PA 16413)
PIETRAGALLO GORDON
ALFANO BOSICK & RASPANTI,
LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone.: (412) 263-2000
Facsimile: (412) 263-2001
wp@pietragallo.com

*Plaintiffs' Interim Liaison Counsel*

2

*/s/ Daniel E. Laytin*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Vanessa Barsanti
Jonathan N. Adair
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Daniel.laytin@kirkland.com*
*Christa.cottrell@kirkland.com*
*Vanessa.barsanti@kirkland.com*
*Jonathan.adair@kirkland.com*

*Counsel for The Dow Chemical Company*

*/s/ Zachary K. Warren*
John E. Schmidtlein (DC 441261)
Zachary K. Warren (DC 1015292)
Ricardo Leyva
Min Kyung Jeon
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*jschmidtlein@wc.com*
*zwarren@wc.com*
*rleyva@wc.com*
*mjeon@wc.com*

Michael J. Sweeney
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
Telephone: (412) 281-7272
Facsimile: (888) 811-7144
*msweeney@dmclaw.com*

*Counsel for Huntsman International LLC and Huntsman Corporation*

3

*/s/ Craig P Seebald*
Craig P. Seebald
Brian Schnapp
Charles L. Wesley
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6613
Facsimile: (202) 639-6500
*cseebald@velaw.com*
*bschnapp@velaw.com*
*lwesley@velaw.com*

*Counsel for Wanhua Chemical (America) Co., Ltd.*
*and Wanhua Chemical Group Co., Ltd.*

Dated: May 30, 2025

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 30th day of May, 2025, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system.

                                                           */s/ Andrew S. Marovitz*