# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Cases | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862<br><br>Judge W. Scott Hardy |

## DEFENDANTS' PROPOSED CASE MANAGEMENT ORDER

| Event | Deadline |
|---|---|
| Oral Argument on Rule 12(b)(2) Foreign Defendants'[1] Motions To Dismiss[2] | April 22, 2025 (completed) |
| Supplemental Interrogatory Responses by Plaintiffs and Defendants | October 14, 2025 |
| Close of Fact Discovery[3] | January 12, 2026 |
| Plaintiffs' Opening Expert Reports (class certification and merits) | February 26, 2026 |
| Defendants' Depositions of Plaintiffs' Opening Experts | March 27, 2026 |

---

[1] The Rule 12(b)(2) Foreign Defendants are Covestro AG and Wanhua Chemical Group Co., Ltd. The Non-12(b)(2) Defendants are BASF Corporation, BASF SE, Covestro LLC, The Dow Chemical Company, Huntsman Corporation, Huntsman International LLC, and Wanhua Chemical (America) Co., Ltd.

[2] In the event the Court denies either of the Rule 12(b)(2) Foreign Defendant's pending Motions To Dismiss, the parties shall within 30 days of that denial submit a joint proposed supplemental case management schedule or competing proposed supplemental case management schedules to address whether any changes should be made to this CMO with respect to the remaining schedule for the Rule 12(b)(2) Foreign Defendants.

[3] During fact discovery, the parties may take one (1) deposition of each witness, absent good cause. The parties, however, may seek leave of court to redepose the same individual (within 45 days after the Rule 12(b)(2) Foreign Defendants' document production), and in so doing must specifically identify the individual(s) that they want to redepose, the extremely limited nature of the deposition, and the specific reasons they could not have questioned this individual previously about the topics sought.

| Event | Deadline |
|---|---|
| Defendants' Expert Reports (class certification and merits) | April 13, 2026 |
| Plaintiffs' Depositions of Defendants' Experts | May 12, 2026 |
| Plaintiffs' Rebuttal Expert Reports (class certification and merits) | May 27, 2026 |
| Defendants' Depositions of Plaintiffs' Rebuttal Experts | June 26, 2026 |
| Motion for Class Certification, Motion(s) for Summary Judgment, and Motions Pursuant to Federal Rules of Evidence 702 and 703 | July 27, 2026 |
| Responses to Class Certification, Motion(s) for Summary Judgment, and Motions Pursuant to Federal Rules of Evidence 702 and 703 | September 24, 2026 |
| Reply Briefs in Support of Motion for Class Certification, Motion(s) for Summary Judgment, and Motions Pursuant to Federal Rules of Evidence 702 and 703 | October 26, 2026 |

**SO ORDERED.**

Dated: _____, 2025     **BY THE COURT:**

_____
Judge W. Scott Hardy
United States District Judge