IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION ) ) ) This Document Relates to: ) All Cases ) | Master Docket Misc. No. 18-1001 <br><br> MDL No. 2862 |

## MEMORANDUM ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") entered by Special Master Thomas J. Rueter on June 3, 2025. (Docket No. 1191). The R&R recommends that (1) Plaintiffs' Discovery Motion No. 5: Plaintiffs' Motion to Compel Defendant Huntsman to Produce Documents Withheld as Privileged, (Docket No. 1076), be granted in part and denied in part; (2) Plaintiffs' objections to Huntsman's assertions of privilege be sustained in part and overruled in part; and (3) Huntsman's request to be reimbursed by Plaintiffs for attorneys' fees and costs incurred in defending the motion be denied (Docket No. 1191 at 8-9). In accordance with Fed. R. Civ. P. 53(f)(2), the parties were given an opportunity to file objections to the R&R, (Docket No. 1187). Defendant Huntsman International LLC and Huntsman Corporation (collectively, "Huntsman") provided notice to the Court (Docket No. 1192) that it will not object to the R&R and the documents cited, including the document requiring translation, have been produced to Plaintiffs. After careful consideration of Plaintiffs' Motion and the R&R, the Court finds that the R&R should be adopted. Accordingly, the Court enters the following Order:

AND NOW, this 20th day of June, 2025, IT IS ORDERED that the Special Master's R&R, (Docket No. 1191), is ADOPTED as the Opinion of the Court. For the reasons set forth in the R&R, IT IS FURTHER ORDERED as follows:

(1) Plaintiffs' Discovery Motion No. 5: Plaintiffs' Motion to Compel Defendant Huntsman to Produce Documents Withheld as Privileged, (Docket No. 1076), is GRANTED IN PART AND DENIED IN PART;

(2) Defendant Huntsman International LLC shall produce to Plaintiffs the Documents in accordance with the Report and Recommendation within ten (10) days from the date of this Order, to the extent not already provided; and,

(3) Defendant Huntsman International LLC's request to be reimbursed for attorneys' fees and costs incurred in defending the motion is DENIED.

                                                                    *s/ W. Scott Hardy*
                                                                    W. Scott Hardy
                                                                    United States District Judge

cc/ecf: All Counsel of Record