Endeavor Bank
750 B St, Suite 3110
San Diego, CA 92101

Endeavor Bank is a California state-chartered commercial bank providing treasury management, escrow, and fiduciary-style deposit services to business, legal, and institutional clients. The Bank serves as a neutral depository and escrow agent for complex, high-dollar transactions requiring enhanced controls, transparency, and court-approved safeguards.

**Experience as Escrow Bank / Settlement Escrow Agent**

Endeavor Bank has served as escrow bank for litigation-related settlements for several years, including court-approved class action settlement escrows, most recently as one of the escrow banks for the Miller Round-Up class action settlement and for the *Fond du Lac Bumper v. Jui L*i, *et al.* antitrust class action settlement. The Bank's Treasury Management and Operations team administers escrow accounts under written escrow agreements and court directives, with oversight designed to ensure compliance, appropriate controls, and authorized disbursements

Examples of prior escrow engagements include:

- Court-approved class action settlement escrows (including matters with national class counsel)
- Litigation settlement escrows with third-party settlement administrators
- Multi-party settlement escrows requiring controlled disbursement and ongoing reporting

**Typical responsibilities include:**

- Establishing and maintaining segregated, interest-bearing escrow accounts
- Receiving and safeguarding settlement funds
- Complying with escrow agreement terms and court orders
- Coordinating with class counsel and settlement administrators
- Disbursing funds upon authorized instruction
- Providing detailed accounting and reporting

Endeavor Bank has also served as escrow bank for class action matters involving national and regional counsel.

**Internal Controls and Safeguards**

Endeavor Bank maintains commercially reasonable controls to safeguard escrowed funds, including:

- Account segregation specific to each settlement
- Dual control and approval processes for disbursements
- Restricted account access
- Ongoing monitoring by Treasury Management and Operations
- Documentation and audit trails consistent with regulatory standards

**Independence and Conflict Disclosures**

Endeavor Bank confirms that:

- It will disclose any related entities it intends to engage in connection with this litigation or escrow.
- It will not enter into any agreement or financial arrangement under which it receives compensation related to the settlement or litigation other than fees expressly agreed to and directed by Class Counsel.
- It has no financial interest in the outcome of the litigation or settlement.

**Conclusion**

Based on experience, controls, and independence, Endeavor Bank is well positioned to serve as escrow bank for court-approved settlement funds.