**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT WANHUA CHEMICAL (AMERICA) CO., LTD., AND FOR APPROVAL OF NOTICE PLAN AND CLAIMS PROCESS**

Plaintiffs, by and through their undersigned counsel, respectfully move this Court for an Order granting preliminary approval of a Settlement with Defendant Wanhua Chemical (America) Co., Ltd. ("WCA"); certifying the Settlement Class and appointing Plaintiffs' Interim Co-Lead Counsel as Settlement Class Counsel; ordering that all Defendants produce class member contact information such as names, physical addresses, and email addresses, sufficient to effectuate notice; and approving the notice plan and claims process. This motion is based upon Fed. R. Civ. P. 23, and all the files, records, and proceedings herein, including Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Settlement Between Plaintiffs and Defendant WCA, and for Approval of Notice Plan and Claims Process, and supporting documents.

Dated: July 31, 2026

Respectfully submitted,

*/s/ William Pietragallo, II*

Jason S. Hartley (*admitted pro hac vice*)
Jason Lindner (*admitted pro hac vice*)
Maureen E. Forsyth
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
forsyth@hartleyllp.com

Megan E. Jones (*admitted pro hac vice*)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
mjones@hausfeld.com

***Interim Co-Lead Counsel for the Plaintiffs and the Proposed Settlement Class***

William Pietragallo, II
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15219
Tel.: (412) 263-2000
wp@pietragallo.com

***Interim Co-Liaison Counsel for the Plaintiffs and the Proposed Settlement Class***