**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: DIISOCYANATES ANTITRUST LITIGATION<br><br>*This Document Relates to: All Actions* | Master Docket Misc. No. 18-1001<br><br>MDL No. 2862 |

# CERTIFICATION OF CONFERRAL

As required by Rule II.C.1 of the Practices and Procedures of Judge W. Scott Hardy, Plaintiffs hereby certify that their counsel met and conferred with counsel for Defendant Wanhua Chemical (America) Co., Ltd., on July 29th, 30th, and 31st, 2026, regarding Plaintiffs' Motion for Preliminary Approval of Settlement. Defendant Wanhua Chemical (America) Co., Ltd. does not oppose Plaintiffs' Motion.

Dated: July 31, 2026

Respectfully submitted,

*/s/ William Pietragallo, II*

Jason S. Hartley (*admitted pro hac vice*)
Jason Lindner (*admitted pro hac vice*)
Maureen E. Forsyth (*admitted pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
forsyth@hartleyllp.com

Megan E. Jones (*admitted pro hac vice*)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
mjones@hausfeld.com

***Interim Co-Lead Counsel for the Plaintiffs and the Proposed Settlement Class***

William Pietragallo, II
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15219
Tel.: (412) 263-2000
wp@pietragallo.com

***Interim Co-Liaison Counsel for the Plaintiffs and the Proposed Settlement Class***